# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TANYA MCLEOD | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-6116 |
| | : | |
| MICHAEL J. ASTRUE | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 8th day of August, 2013, upon consideration of Plaintiff's Request for Review, Defendant's response and Plaintiff's reply, after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, and Plaintiff's objections thereto, and after a thorough and independent review of the administrative record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's objections are **OVERRULED**;

3. Plaintiff's Request for Review (Doc. No. 10) is **DENIED**; and

4. The decision of the Commissioner of Social Security is **AFFIRMED**.

**BY THE COURT:**

**/s/ Michtell S. Goldberg**
_____
**MITCHELL S. GOLDBERG, J.**